**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | No. 16-10066 |
|---|---|
| ALANNA ELLIS, | ORDER ON MOTION TO CONVERT TO CHAPTER 7 |
| Debtor. | |

THIS MATTER came on before the Honorable Marc L. Barreca of the above-entitled Court upon the motion of the Chapter 11 Trustee to convert this matter to Chapter 7. The Court finds there is "cause" to convert this matter to Chapter 7 and that it is in the best interest of creditors pursuant to 11 U.S.C. § 1112 (b), now therefore

IT IS HEREBY ORDERED that this matter shall be and is hereby converted to Chapter 7.

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\KAE\Dox\Ellis\convert_ord.wpd

**ORDER ON MOTION TO CONVERT TO CHAPTER 7 - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206)682-5002