Entered on Docket June 20, 2018

**Below is a Judgment of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| ALANNA GRACE ELLIS, | Case No. 16-10066-CMA |
| Debtor. | |
| UNITED STATES TRUSTEE, | Adv. Case No. 17-01017-CMA |
| Plaintiff, | |
| v. | |
| ALANNA ELLIS, | JUDGMENT |
| Defendant. | |

THIS MATTER was tried by the above-signed judge on April 24, 25, and 27, 2018, and the Court heard closing arguments on May 2, 2018. For the reasons set forth in the Memorandum Decision [Dkt. No. 51], it is hereby

JUDGMENT - 1

**Below is a Judgment of the Court.**

ORDERED that Plaintiff, the United States Trustee, is awarded judgment against Defendant, Alanna Ellis, and the Defendant's discharge is hereby denied pursuant to 11 U.S.C. § 727(a)(2), (a)(3), and (a)(4).

/// END OF JUDGMENT ///

JUDGMENT - 2