**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: ) | Case No. 16-10066 |
| ) | |
| Alanna Grace Ellis, ) | |
| ) | ORDER FOR DISGORGEMENT OF |
| Debtor. ) | FEES FROM ATTORNEY LARRY |
| ) | FEINSTEIN |
| ) | |

THIS MATTER came before the Court upon the motion of the United States Trustee for an order for disgorgement of fees from attorney Larry Feinstein (the "Motion"). Appearances were as set forth on the record. The Court has reviewed and considered the Motion and any and all evidence submitted in support of an in opposition to the Motion, the records and files herein, and the oral argument of counsel, if any.

All findings of fact and conclusions of law were orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052.

Based upon the foregoing,

IT IS HEREBY ORDERED THAT Larry Feinstein shall disgorge $12,890 to the chapter 7 trustee within 28 days of entry of this Order.

///END OF ORDER///

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

**Below is the Order of the Court.**

Presented by:

Gregory M. Garvin
Acting United States Trustee for Region 18

 /s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)