| | The Honorable: | Christopher M. Alston |
|---|---|---|
| | Chapter 7 | |
| | Location: | Tacoma |
| | Hearing Date: | |
| | Hearing Time: | |
| | Response Date: | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re: ELLIS, ALANNA GRACE | § | Case No. 16-10066 |
|---|---|---|
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kathryn A. Ellis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,698,267.36 | Assets Exempt: | $12,300.36 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $38,818.20 | Claims Discharged Without Payment: | $3,789,243.23 |
| Total Expenses of Administration: | $63,275.38 | | |

3) Total gross receipts of $102,093.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $102,093.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,504,875.22 | $318,902.59 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $63,275.38 | $63,275.38 | $63,275.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $3,500.00 | $2,775.00 | $2,775.00 | $2,775.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,298,295.57 | $1,526,990.86 | $1,526,990.86 | $36,043.20 |
| **TOTAL DISBURSEMENTS** | $6,806,670.79 | $1,911,943.83 | $1,593,041.24 | $102,093.58 |

4) This case was originally filed under chapter 11 on 01/08/2016, and it was converted to chapter 7 on 09/21/2016. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2019        By: /s/ Kathryn A. Ellis
                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| disgorgement of attorney fees | 1290-000 | $12,890.00 |
| funds paid to third parties from estate property | 1290-000 | $4,000.00 |
| post-petition avoidance claims | 1249-000 | $85,000.00 |
| funds from Chapter 11 Trustee | 1290-010 | $203.58 |
| **TOTAL GROSS RECEIPTS** | | **$102,093.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6A | Department of the Treasury Internal Revenue Service | 4300-000 | $0.00 | $68,842.59 | $0.00 | $0.00 |
| 14 | Verity Credit Union | 4110-000 | $0.00 | $250,060.00 | $0.00 | $0.00 |
| N/F | Alaska USA Fed. Credit Union | 4110-000 | $60,000.00 | NA | NA | NA |
| N/F | Alaska USA Fed. Credit Union | 4110-000 | $60,000.00 | NA | NA | NA |
| N/F | BSI Financial | 4110-000 | $1,534,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 4110-000 | $85,579.22 | NA | NA | NA |
| N/F | Umpqua Bank | 4110-000 | $25,000.00 | NA | NA | NA |
| N/F | Umpqua Bank | 4110-000 | $25,000.00 | NA | NA | NA |
| N/F | Verity Credit Union | 4110-000 | $250,000.00 | NA | NA | NA |
| N/F | Wells Fargo Bank, NA | 4110-000 | $1,293,000.00 | NA | NA | NA |
| N/F | Wells Fargo Bank, NA | 4110-000 | $1,172,296.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,504,875.22** | **$318,902.59** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kathryn A. Ellis | 2100-000 | NA | $8,354.68 | $8,354.68 | $8,354.68 |
| Trustee, Expenses - Kathryn A. Ellis | 2200-000 | NA | $884.41 | $884.41 | $884.41 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Fees, United States Trustee | 2950-000 | NA | $976.06 | $976.06 | $976.06 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $1.57 | $1.57 | $1.57 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $313.46 | $313.46 | $313.46 |
| Attorney for Trustee Fees (Other Firm) - Alan J. Wenokur | 3210-000 | NA | $50,574.00 | $50,574.00 | $50,574.00 |
| Attorney for Trustee Expenses (Other Firm) - Alan J. Wenokur | 3220-000 | NA | $397.00 | $397.00 | $397.00 |
| Accountant for Trustee Fees (Other Firm) - Richard N. Ginnis | 3410-000 | NA | $1,414.00 | $1,414.00 | $1,414.00 |
| Accountant for Trustee Expenses (Other Firm) - Richard N. Ginnis | 3420-000 | NA | $10.20 | $10.20 | $10.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$63,275.38** | **$63,275.38** | **$63,275.38** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Cyndi Moring | 5600-000 | $0.00 | $2,775.00 | $2,775.00 | $2,775.00 |
| 22 | Cyndi Moring | 5600-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Cyndi Moring | 5800-000 | $3,500.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$3,500.00** | **$2,775.00** | **$2,775.00** | **$2,775.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | Cyndi Moring | 7100-000 | $0.00 | $725.00 | $725.00 | $17.71 |
| 2 | Quantum3 Group LLC | 7100-000 | $0.00 | $872.76 | $872.76 | $21.31 |
| 3 | United States Trustee | 7100-000 | $0.00 | $1,952.69 | $1,952.69 | $47.69 |
| 4 | Alaska USA Federal Credit Union | 7100-000 | $0.00 | $24,525.49 | $24,525.49 | $598.94 |
| 5 | Alaska USA Federal Credit Union | 7100-000 | $0.00 | $34,217.62 | $34,217.62 | $835.62 |
| 6B | Department of the Treasury Internal Revenue Service | 7300-000 | $0.00 | $26,604.85 | $26,604.85 | $0.00 |
| 7 | Morris Maky | 7100-000 | $0.00 | $22,015.71 | $22,015.71 | $537.64 |
| 8 | Everett Association of Credit Men Inc. | 7100-000 | $0.00 | $519.84 | $519.84 | $12.69 |
| 9 | Everett Association of Credit Men Inc. | 7100-000 | $0.00 | $889.96 | $889.96 | $21.73 |
| 10 | First American Title Insurance Company | 7100-000 | $0.00 | $849,701.43 | $849,701.43 | $20,750.46 |
| 11 | Wells and Jarvis PS | 7100-000 | $0.00 | $1,610.00 | $1,610.00 | $39.32 |
| 12 | Umpqua Bank | 7100-000 | $0.00 | $16,213.45 | $16,213.45 | $395.95 |
| 13 | Umpqua Bank | 7100-000 | $0.00 | $10,745.07 | $10,745.07 | $262.40 |
| 15 | Bruce Templin | 7100-000 | $0.00 | $35,234.75 | $35,234.75 | $860.46 |
| 17 | Alaska USA Federal Credit Union | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | Alaska USA Federal Credit Union | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Ray and Theresa Cordeiro | 7100-000 | $0.00 | $374,397.08 | $374,397.08 | $9,143.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | David Yee | 7100-000 | $0.00 | $102,296.51 | $102,296.51 | $2,498.17 |
| 21 | Denise Ard | 7200-000 | $0.00 | $24,468.65 | $24,468.65 | $0.00 |
| N/F | Alaska USA Fed. Credit Union | 7100-000 | $34,217.62 | NA | NA | NA |
| N/F | Alaska USA Fed. Credit Union | 7100-000 | $24,525.49 | NA | NA | NA |
| N/F | Alexander Higgins | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Alexander Higgins | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Alliance One | 7100-000 | $1,557.00 | NA | NA | NA |
| N/F | Alliance One | 7100-000 | $466.00 | NA | NA | NA |
| N/F | Alliance One | 7100-000 | $466.00 | NA | NA | NA |
| N/F | Alliance One | 7100-000 | $1,557.00 | NA | NA | NA |
| N/F | Bruce Templin | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Bruce Templin | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Catherine Clark | 7100-000 | $6,500.00 | NA | NA | NA |
| N/F | Catherine Clark | 7100-000 | $6,500.00 | NA | NA | NA |
| N/F | Cyndi Moring | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | DK Financial, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DK Financial, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David Yee | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | David Yee | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Delta Performance Products | 7100-000 | $643.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Delta Performance Products | 7100-000 | $643.00 | NA | NA | NA |
| N/F | Everett Assoc, of Credit Men | 7100-000 | $519.84 | NA | NA | NA |
| N/F | Everett Assoc, of Credit Men | 7100-000 | $889.96 | NA | NA | NA |
| N/F | First American Title Insurance | 7100-000 | $849,701.43 | NA | NA | NA |
| N/F | First American Title Insurance | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | Hazeldon | 7100-000 | $11,000.00 | NA | NA | NA |
| N/F | Hazeldon | 7100-000 | $11,000.00 | NA | NA | NA |
| N/F | IC System Inc | 7100-000 | $1,584.00 | NA | NA | NA |
| N/F | IC System Inc | 7100-000 | $1,584.00 | NA | NA | NA |
| N/F | Infinity Capital Advisors | 7100-000 | $23,733.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | James Erickson & Co | 7100-000 | $6,500.00 | NA | NA | NA |
| N/F | James Erickson & Co | 7100-000 | $6,500.00 | NA | NA | NA |
| N/F | Morris Makay | 7100-000 | $12,500.00 | NA | NA | NA |
| N/F | Morris Makay | 7100-000 | $22,015.71 | NA | NA | NA |
| N/F | Oriental Rug Co. | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Oriental Rug Co. | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Pier One | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Pier One | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Propane NW | 7100-000 | $1,477.00 | NA | NA | NA |
| N/F | Propane NW | 7100-000 | $1,477.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Quantum3 Group LLC as agent | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Quantum3 Group LLC as agent | 7100-000 | $872.76 | NA | NA | NA |
| N/F | Raymond & Teresa Cordiero | 7100-000 | $326,000.00 | NA | NA | NA |
| N/F | Raymond & Teresa Cordiero | 7100-000 | $326,000.00 | NA | NA | NA |
| N/F | Sterling Savings Bank | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Tex Collect | 7100-000 | $1,477.00 | NA | NA | NA |
| N/F | Tex Collect | 7100-000 | $1,477.00 | NA | NA | NA |
| N/F | Transworld Systems, Inc. | 7100-000 | $4,228.00 | NA | NA | NA |
| N/F | Transworld Systems, Inc. | 7100-000 | $4,228.00 | NA | NA | NA |
| N/F | Umpqua Bank | 7100-000 | $22,906.00 | NA | NA | NA |
| N/F | Umpqua Bank | 7100-000 | $16,213.45 | NA | NA | NA |
| N/F | Umpqua Bank | 7100-000 | $23,326.31 | NA | NA | NA |
| N/F | Wells and Jarvis, PS | 7100-000 | $1,610.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,298,295.57** | **$1,526,990.86** | **$1,526,990.86** | **$36,043.20** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 16-10066  
Case Name: ELLIS, ALANNA GRACE  

For Period Ending: 09/12/2019  

Trustee Name: (670270) Kathryn A. Ellis  
Date Filed (f) or Converted (c): 09/21/2016 (c)  
§ 341(a) Meeting Date: 10/18/2016  
Claims Bar Date: 01/09/2017  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence<br>estate's interest part of settlement of post-petition avoidance claims | 1,500,000.00 | 195,704.00 | | 0.00 | FA |
| 2 | 2014 Ford Fusion<br>listed in schedules as a 2013 Ford Fusion | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2009 Ford F-150<br>vehicle totaled post-petition/pre-conversion | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2014 Dodge Ram | 49,300.00 | 0.00 | OA | 0.00 | FA |
| 5 | misc. household goods and furnishings | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 6 | clothing | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | jewelry | 200.00 | 0.00 | OA | 0.00 | FA |
| 8 | horses and cattle, dogs and cats | Unknown | 0.00 | OA | 0.00 | FA |
| 9 | Umpqua Bank ****6655, ****8929, ****8294 | 1,542.00 | 442.00 | OA | 0.00 | FA |
| 10 | Alaska USA ****7361 | 0.36 | 0.00 | OA | 0.00 | FA |
| 11 | Verity CU ****0490 | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | federal income tax refund | 6,700.00 | 0.00 | | 0.00 | FA |
| 13 | home office furnishings and supplies | 500.00 | 0.00 | OA | 0.00 | FA |
| 14 | IPG Investments LLC<br>estate's interest part of settlement of post-petition avoiance claims | 500.00 | 1,000.00 | | 0.00 | FA |
| 15 | Smokiam RV Resort LLC<br>estate's interest part of settlement of post-petition avoiance claims | 0.00 | 66,000.00 | | 0.00 | FA |
| 16 | farm equipment, animals, feed, pets, etc. | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 17 | funds from Chapter 11 Trustee (u) | 203.58 | 203.58 | | 203.58 | FA |
| 18 | funds paid to third parties from estate property (u) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 19 | 2014 Coachman Brookstone (u) | 58,645.00 | 58,645.00 | OA | 0.00 | FA |
| 20 | dump trailer (u) | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 21 | post-petition avoidance claims (u) | 174,301.00 | 174,301.00 | | 85,000.00 | FA |
| 22 | pre-petition avoidance claims (u)<br>claims dismissed in adversary proceeding | 40,380.00 | 40,380.00 | | 0.00 | FA |
| 23 | disgorgement of attorney fees (u) | 12,890.00 | 12,890.00 | | 12,890.00 | FA |

| Case No.: | 16-10066 | Trustee Name: | (670270) Kathryn A. Ellis |
| Case Name: | ELLIS, ALANNA GRACE | Date Filed (f) or Converted (c): | 09/21/2016 (c) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 09/12/2019 | Claims Bar Date: | 01/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23   Assets Totals (Excluding unknown values) | $1,889,661.94 | $563,565.58 | | $102,093.58 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 12/31/2018      Current Projected Date Of Final Report (TFR):   03/20/2019 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-10066 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | ELLIS, ALANNA GRACE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6723 | Account #: | ******4966 Checking Account |
| For Period Ending: | 09/12/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/16 | {17} | Kathryn A. Ellis, Chapter 11 Trustee | transfer of funds from Chapter 11 Trustee | 1290-010 | 203.58 | | 203.58 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 193.58 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 183.58 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 173.58 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 163.58 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 153.58 |
| 03/29/17 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/28/2017 FOR CASE #16-10066 | 2300-000 | | 0.05 | 153.53 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 143.53 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 133.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 123.53 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 113.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 103.53 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 93.53 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 83.53 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 73.53 |
| 11/16/17 | {18} | Vortman & Feinstein Trust Acc | disgorged funds paid to attorneys from property of the estate | 1290-000 | 4,000.00 | | 4,073.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,063.53 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,053.53 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,043.53 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,033.53 |
| 03/26/18 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2018 FOR CASE #16-10066 | 2300-000 | | 1.52 | 4,032.01 |
| | | | **Page Subtotals** | | **$4,203.58** | **$171.57** | |

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-10066 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | ELLIS, ALANNA GRACE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6723 | Account #: | ******4966 Checking Account |
| For Period Ending: | 09/12/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,022.01 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,012.01 |
| 05/18/18 | {21} | Bush Kornfeld LLP IOLTA account | settlement proceeds | 1249-000 | 20,000.00 | | 24,012.01 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.93 | 23,996.08 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.36 | 23,962.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.76 | 23,925.96 |
| 08/27/18 | {23} | Larry B. Feinstein | disgorgement of debtor's attorney's fees | 1290-000 | 12,890.00 | | 36,815.96 |
| 08/31/18 | {21} | Brad Ellis | settlement payment | 1249-000 | 65,000.00 | | 101,815.96 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.41 | 101,778.55 |
| 04/17/19 | 103 | Kathryn A. Ellis | Combined trustee compensation & expense dividend payments. | | | 9,239.09 | 92,539.46 |
| | | Kathryn A. Ellis | Claims Distribution - Wed, 02-06-2019     $8,354.68 | 2100-000 | | | |
| | | Kathryn A. Ellis | Claims Distribution - Wed, 02-06-2019     $884.41 | 2200-000 | | | |
| 04/17/19 | 104 | Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 92,189.46 |
| 04/17/19 | 105 | Alan J. Wenokur | Distribution payment - Dividend paid at 100.00% of $50,574.00; Claim # ; Filed: $50,574.00 | 3210-000 | | 50,574.00 | 41,615.46 |
| 04/17/19 | 106 | Alan J. Wenokur | Distribution payment - Dividend paid at 100.00% of $397.00; Claim # ; Filed: $397.00 | 3220-000 | | 397.00 | 41,218.46 |
| 04/17/19 | 107 | Richard N. Ginnis | Distribution payment - Dividend paid at 100.00% of $1,414.00; Claim # ; Filed: $1,414.00 | 3410-000 | | 1,414.00 | 39,804.46 |
| 04/17/19 | 108 | Richard N. Ginnis | Distribution payment - Dividend paid at 100.00% of $10.20; Claim # ; Filed: $10.20 | 3420-000 | | 10.20 | 39,794.26 |
| 04/17/19 | 109 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $976.06; Claim # 16; Filed: $976.06 | 2950-000 | | 976.06 | 38,818.20 |
| 04/17/19 | 110 | Cyndi Moring | Distribution payment - Dividend paid at 100.00% of $2,775.00; Claim # 1A; Filed: $2,775.00 | 5600-000 | | 2,775.00 | 36,043.20 |
| | | | **Page Subtotals:** | | **$97,890.00** | **$65,878.81** | |

{ } Asset Reference(s)   ! - Transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-10066 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | ELLIS, ALANNA GRACE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6723 | Account #: | ******4966 Checking Account |
| For Period Ending: | 09/12/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/19 | 111 | Cyndi Moring | Distribution payment - Dividend paid at 2.44% of $725.00; Claim # 1B; Filed: $725.00 | 7100-000 | | 17.71 | 36,025.49 |
| 04/17/19 | 112 | Quantum3 Group LLC | Distribution payment - Dividend paid at 2.44% of $872.76; Claim # 2; Filed: $872.76 | 7100-000 | | 21.31 | 36,004.18 |
| 04/17/19 | 113 | United States Trustee | Distribution payment - Dividend paid at 2.44% of $1,952.69; Claim # 3; Filed: $1,952.69 | 7100-000 | | 47.69 | 35,956.49 |
| 04/17/19 | 114 | Alaska USA Federal Credit Union | Distribution payment - Dividend paid at 2.44% of $24,525.49; Claim # 4; Filed: $24,525.49 | 7100-000 | | 598.94 | 35,357.55 |
| 04/17/19 | 115 | Alaska USA Federal Credit Union | Distribution payment - Dividend paid at 2.44% of $34,217.62; Claim # 5; Filed: $34,217.62 | 7100-000 | | 835.62 | 34,521.93 |
| 04/17/19 | 116 | Morris Maky | Distribution payment - Dividend paid at 2.44% of $22,015.71; Claim # 7; Filed: $22,015.71 | 7100-000 | | 537.64 | 33,984.29 |
| 04/17/19 | 117 | Everett Association of Credit Men Inc. | Distribution payment - Dividend paid at 2.44% of $519.84; Claim # 8; Filed: $519.84 | 7100-000 | | 12.69 | 33,971.60 |
| 04/17/19 | 118 | Everett Association of Credit Men Inc. | Distribution payment - Dividend paid at 2.44% of $889.96; Claim # 9; Filed: $889.96 | 7100-000 | | 21.73 | 33,949.87 |
| 04/17/19 | 119 | First American Title Insurance Company | Distribution payment - Dividend paid at 2.44% of $849,701.43; Claim # 10; Filed: $849,701.43 | 7100-000 | | 20,750.46 | 13,199.41 |
| 04/17/19 | 120 | Wells and Jarvis PS | Distribution payment - Dividend paid at 2.44% of $1,610.00; Claim # 11; Filed: $1,610.00 Stopped on 07/16/2019 | 7100-005 | | 39.32 | 13,160.09 |
| 04/17/19 | 121 | Umpqua Bank | Distribution payment - Dividend paid at 2.44% of $16,213.45; Claim # 12; Filed: $16,213.45 | 7100-000 | | 395.95 | 12,764.14 |
| 04/17/19 | 122 | Umpqua Bank | Distribution payment - Dividend paid at 2.44% of $10,745.07; Claim # 13; Filed: $10,745.07 | 7100-000 | | 262.40 | 12,501.74 |
| 04/17/19 | 123 | Bruce Templin | Distribution payment - Dividend paid at 2.44% of $35,234.75; Claim # 15; Filed: $35,234.75 | 7100-000 | | 860.46 | 11,641.28 |
| 04/17/19 | 124 | Ray and Theresa Cordeiro | Distribution payment - Dividend paid at 2.44% of $374,397.08; Claim # 19; Filed: $374,397.08 | 7100-000 | | 9,143.11 | 2,498.17 |
| 04/17/19 | 125 | David Yee | Distribution payment - Dividend paid at 2.44% of $102,296.51; Claim # 20; Filed: $102,296.51 | 7100-000 | | 2,498.17 | 0.00 |
| 07/16/19 | 120 | Wells and Jarvis PS | Distribution payment - Dividend paid at 2.44% of $1,610.00; Claim # 11; Filed: $1,610.00 Stopped on 07/16/2019 | 7100-005 | | -39.32 | 39.32 |

Page Subtotals: $0.00 $36,003.88

{ } Asset References; ! - UST Form 101-7-TFR (10/1/2010); ! Transaction has not been cleared

Case 16-10066-CMA    Doc 198    Filed 09/24/19    Ent. 09/24/19 16:17:17    Pg. 15 of 18

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-10066 | | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|---|
| Case Name: | ELLIS, ALANNA GRACE | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6723 | | Account #: | ******4966 Checking Account |
| For Period Ending: | 09/12/2019 | | Blanket Bond (per case limit): | $59,128,572.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | -39.32 | | 0.00 |
| | | | **COLUMN TOTALS** | | 102,054.26 | 102,054.26 | $0.00 |
| | | | Less: Bank Transfers/CDs | | -39.32 | 0.00 | |
| | | | **Subtotal** | | 102,093.58 | 102,054.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $102,093.58 | $102,054.26 | |

{ } Asset References!   UST Form 101-7-TDR (10/1/2010)   ! Transaction has not been cleared

Case 16-10066-CMA    Doc 198    Filed 09/24/19    Ent. 09/24/19 16:17:17    Pg. 16 of 18

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-10066 | Trustee Name: | Kathryn A. Ellis (670270) |
|---|---|---|---|
| Case Name: | ELLIS, ALANNA GRACE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6723 | Account #: | ******8298 Checking Account |
| For Period Ending: | 09/12/2019 | Blanket Bond (per case limit): | $59,128,572.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 |  | Transfer Credit from Rabobank, N.A. acct ******4966 | Transition Credit from Rabobank, N.A. acct 5017024966 | 9999-000 | 39.32 |  | 39.32 |
| 07/18/19 | 1000 | Wells and Jarvis PS | Distribution payment - Dividend paid at 2.44% of $1,610.00; Claim # 11; Filed: $1,610.00 | 7100-000 |  | 39.32 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | **39.32** | **39.32** | **$0.00** |
|  |  |  | Less: Bank Transfers/CDs |  | 39.32 | 0.00 |  |
|  |  | **Subtotal** |  |  | **0.00** | **39.32** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.00** | **$39.32** |  |

Exhibit 9
Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-10066 | **Trustee Name:** | Kathryn A. Ellis (670270) |
| **Case Name:** | ELLIS, ALANNA GRACE | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6723 | **Account #:** | ******8298 Checking Account |
| **For Period Ending:** | 09/12/2019 | **Blanket Bond (per case limit):** | $59,128,572.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4966 Checking Account | $102,093.58 | $102,054.26 | $0.00 |
| ******8298 Checking Account | $0.00 | $39.32 | $0.00 |
| | $102,093.58 | $102,093.58 | $0.00 |